CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL -1 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES D. ROBERTS, | ) |
| Petitioner, | ) Case No. 7:08-cv-00389 |
| v. | ) **FINAL ORDER** |
| TERRY O'BRIEN, et al., | ) |
| | ) By: Hon. Jackson L. Kiser |
| Respondents. | ) Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that the above referenced petition, pursuant to 28 U.S.C. § 2241, is **DISMISSED** and this action is **STRICKEN** from the active docket of this court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 1st day of July, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge